IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:25CR202** |
| vs. | | |
| JOSE D. CERNA, | | **ORDER** |
| Defendant. | | |

## <u>WEBEX CASE CONFERENCE INSTRUCTIONS</u>

**IT IS ORDERED:**

1. The telephone conference with counsel regarding the Motion to Extend Pretrial Motion Deadline (Filing No. 79) will be held on **April 6, 2026**, **at 11:30 a.m.,** before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

    Dial 1-855-244-8681

    Enter the access code **2312 677 8723**, then hit the # key.

Dated this 3rd day of April, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge